SQUIRE, SANDERS & DEMPSEY L.L.P.
Robert J. Guite (State Bar # 244590)
rguite@ssd.com
Erinn M. Contreras (State Bar # 244563)
econtreras@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:   +1.415.393.9887

Attorneys for Plaintiff in Interpleader
SUN LIFE ASSURANCE COMPANY OF CANADA

SPECTOR, MIDDLETON, YOUNG & MINNEY, LLP
Daniel I. Spector (State Bar # 160498)
7 Park Center Drive
Sacramento, CA 95825
Telephone:    916.646.1400
Facsimile:    916.646.1300

Attorneys for Defendant in Interpleader Ruth Gabriel

DOWNEY BRAND LLP
Jeffrey S. Galvin (State Bar # 170223)
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendant in Interpleader Tana Leigh Gabriel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign insurer,<br><br>            Plaintiff-in-Interpleader,<br><br>    vs.<br><br>TANA LEIGH GABRIEL; RUTH GABRIEL,<br><br>            Defendants-in-Interpleader. | Case No.  2:08-cv-00231-MCE-KJM<br><br>**STIPULATION AND ORDER DISBURSING FUNDS AND DISMISSING ACTION**<br><br>**Clerk's Action Required**<br><br>Judge:  The Honorable Morrison C. England, Jr.<br><br>Action Filed:  January 30, 2008 |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-

PDF created with pdfFactory trial version www.pdffactory.com

# STIPULATION

The parties, by and through their counsel of record, hereby stipulate and agree to the entry by this Court of the following Order disbursing funds and dismissing the action with prejudice. The parties agree that the Clerk of this Court shall disburse the $330,808.22, plus any additional accrued interest, deposited in the Registry of this Court by Sun Life Assurance Company of Canada under Cause No. 2:08-cv-00231-MCE-KJM as follows:

| | |
|---|---|
| Sun Life Assurance Company of Canada<br>c/o Robert J. Guite<br>Squire Sanders & Dempsey, LLP<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111 | $ 2,528.45 |
| Ruth Gabriel<br>c/o Daniel I. Spector<br>Spector, Middleton, Young & Minney, LLP<br>7 Park Center Drive<br>Sacramento, CA 95825 | $80,000 |
| Tana Leigh Gabriel<br>c/o Jeffrey Galvin<br>Downey Brand LLP<br>555 Capitol Mall, 10th Floor<br>Sacramento, CA 95814 | *All remaining funds* |

DATED: April ___, 2008    SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Robert J. Guite
Attorneys for Plaintiffs SUN LIFE
ASSURANCE COMPANY OF CANADA

DATED: April ___, 2008    DOWNEY BRAND LLP

By: _____
Jeffrey Galvin
Attorneys for Defendant TANA GABRIEL

DATED: April ___, 2008    SPECTOR, MIDDLETON, YOUNG & MINNEY L.L.P.

By: _____
Daniel I. Spector
Attorneys for Defendant RUTH GABRIEL

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the parties' stipulation, it is

ORDERED ADJUDGED AND DECREED that the Clerk of this Court is directed to disburse $2,528.45 in attorneys' fees and costs from the stake deposited in the Registry of this Court to counsel for Plaintiff-in-Interpleader Sun Life Assurance Company of Canada in a check made payable to "Sun Life Assurance Company of Canada" and sent to the address set forth above in this Stipulation and Order; and it is further

ORDERED ADJUDGED AND DECREED that the Clerk of this Court is directed to disburse $80,000.00 of the stake deposited in the Registry of this Court to Ruth Gabriel in a check made payable to "Daniel I. Spector in trust for Ruth Gabriel" and sent to the address set forth in this Stipulation and Order; and it is further

ORDERED ADJUDGED AND DECREED that the Clerk of this Court is directed to disburse the entire remainder of the stake deposited in the Registry of this Court, plus any interest not withheld by the Court, to Tana Leigh Gabriel in a check made payable to "Tana Leigh Gabriel" and sent to the address set forth in this Stipulation and Order; and it is further

ORDERED, ADJUDGED AND DECREED that Sun Life has satisfied its obligations to defendants in interpleader with respect to all insurance proceeds due on the death of John Roy Gabriel under Sun Life Group Insurance Policy No. 93561; the defendants in interpleader may not pursue other or further claims against Sun Life and/or against one another with respect to the Sun Life insurance proceeds due upon the death of John Roy Gabriel; and it is further

ORDERED ADJUDGED AND DECREED that following the disbursal of funds referenced herein that this matter be DISMISSED WITH PREJUDICE AND WITHOUT COSTS.

DATED: May 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-

PDF created with pdfFactory trial version www.pdffactory.com